Appeal No. 4152 from Judgment dated October 6, 1989, L. Breland Hilburn Jr., Ruling Judge, Hinds County Circuit Court, Second Judicial District.
Merrida P. Coxwell, Jr., Stanfield Carmo-dy & Coxwell, Lynda C. Robinson, Jackson, for appellant.
Mike C. Moore, Atty. Gen., Charles W. Maris, Jr., Sp. Asst. Atty. Gen., Jackson, for appellee.
Before DAN M. LEE, P.J., and PRATHER and BANKS, JJ.
Affirmed.
ROY NOBLE LEE, C.J., HAWKINS, P.J., and ROBERTSON, SULLIVAN, PITTMAN and McRAE, JJ., concur.